FILED

APR 20 2012

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, BUTTE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FORT PECK PALEONTOLOGY, INC. a Montana corporation, JOHN RABENBERG, an individual, DICK BARSNESS, an individual, and BLACK HILLS INSTITUTE OF GEOLOGICAL RESEARCH, INC., a South Dakota Corporation,<br><br>Defendants. | Cause No. CV 12-01-GF-SEH<br><br>ORDER DISMISSING DEFENDANTS FORT PECK PALEONTOLOGY, INC., JOHN RABENBERG, and BLACK HILLS INSTITUTE OF GEOLOGICAL RESEARCH, INC. AND THIS DECLARATORY ACTION PURSUANT TO RULE 41(a)(2) |

Plaintiff Employers Mutual Casualty Company has brought a motion for the dismissal of Defendants Fort Peck Paleontology, Inc., John Rabenberg, and Black Hills Institute of Geological Research, Inc. from this declaratory judgment action and the dismissal of this declaratory judgment in its entirety pursuant to Federal Rule 41(a)(2).

FOR GOOD CAUSE SHOWING, Plaintiff Employers Mutual Casualty Company's Motion to Dismiss is granted. Defendants Fort Peck Paleontology, Inc., John Rabenberg, and Black Hills Institute of Geological Research, Inc. are

hereby dismissed from this declaratory judgment action and this declaratory action is dismissed in its entirety.

DATED this 20th day of April, 2012

*Sam E. Haddon*
Sam E. Haddon
United States District Court